

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00347-CV

| | | |
|---|---|---|
| TEXAS EQUAL ACCESS FUND, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (22-2100-431) |
| V. | § | February 29, 2024 |
| | § | Memorandum Opinion by Justice Bassel |
| ASHLEY MAXWELL, Appellee | § | Concurring Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Texas Equal Access Fund shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
       Justice Dabney Bassel